**STATE of Missouri, Respondent,**

v.

**Willie Nick CONNER, Appellant.**

**No. 46936.**

Missouri Court of Appeals,
Eastern District,
Division Six.

March 20, 1984.

Motion for Rehearing and/or Transfer to
Supreme Court Denied May 17, 1984.

Joan M. Burger, St. Louis, for appellant.

John Ashcroft, Atty. Gen., Robert L.
Swearingen, Asst. Atty. Gen., Jefferson
City, for respondent.

CLEMENS, Senior Judge.

A jury found defendant Willie N. Conner
guilty of stealing a motor vehicle. The
trial court sentenced him as a prior offend-
er to ten years in prison. He appeals; we
affirm.

The evidence: Defendant and two others
were arrested when found loading the vic-
tim's MoPed motorcycle into the back seat
of their car. Defendant offered no evi-
dence.

Section 570.030, subd. 3(3)(a) RSMo. de-
clares stealing is a felony "if the property
appropriated consists of a motor vehi-
cle..."

Defendant first contends the state
failed to show the stolen "MoPed" was "a
motor vehicle". Not so. The state's wit-
nesses repeatedly referred to the stolen
vehicle as a motorcycle, and once spoke of
it as "a 1981 MoPed", "a small recreational
vehicle".

We hold the evidence showed theft of a
motor vehicle.

Second, defendant contends the
court erred in refusing his circumstantial
evidence instruction. Not so. Giving such
an instruction is not required when as here
there is direct evidence of defendant's
guilt. *State v. Urhahn*, 621 S.W.2d 928 [8,
9] (Mo.App.1981).

Affirmed.

SNYDER, P.J., and GAERTNER, J., con-
cur.